

Littler Mendelson P.C.
One Newark Center
8th Floor
Newark, NJ  07102

Anastasia Stylianou
Associate
973.848.4761 direct
973.848.4700 main
astylianou@littler.com

June 6, 2024

**VIA ECF**

Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The initial conference scheduled for June 28, 2024 and related filings are hereby adjourned sine die pending mediation.
>
> No later than one week following the mediation, the parties shall jointly file a letter updating the Court on the status of the case.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> June 7, 2024

**Re:    Ali Abdelillah v. Whole Foods Market Group, Inc.
         Civil Action No. 1:24-cv-01444-RA**

Dear Judge Abrams:

This firm represents Defendant Whole Foods Market Group, Inc. ("Defendant") in connection with the above-referenced matter.  We write jointly with the consent of counsel for Plaintiff Ali Abdelillah ("Plaintiff") to respectfully request an adjournment of the initial conference currently scheduled for June 28, 2024 at 3:30 pm and all related filings thereto.

The parties respectfully request the adjournment so that the parties can devote their time and resources towards mediation, which this matter was referred to pursuant to the Court's May 14, 2024 referral to mediation order (ECF Doc. No. 15).  The parties have scheduled mediation in this matter for July 11, 2024, with mediator Jonathan Ben-Asher.  This is the parties' first request for an adjournment of the initial conference.

We thank Your Honor for your attention to this matter and your consideration of this request.

Respectfully submitted,

*/s/ Anastasia Stylianou*

Anastasia Stylianou

cc:    Janelle J. Romero, Esq. (via ECF)
       Keith J. Rosenblatt, Esq. (via ECF)

littler.com