UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ali Abdelillah,

                Plaintiff,

      v.

Whole Foods Market Group, Inc.,

                Defendant.

No. 24-CV-1444 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

      During the post-fact discovery conference, the parties expressed a desire for further settlement discussions. The parties consented to referral to Magistrate Judge Aaron for settlement discussions. The Court will make such a referral in a separate order. Defendant further requested, and Plaintiff did not oppose, a stay pending those discussions. That request is granted. The Court respectfully requests that the Clerk of Court enter a stay in this case. Within three days of their settlement conference with Judge Aaron, the parties shall file a joint letter updating the Court with the status of settlement discussions.

SO ORDERED.

Dated:    October 10, 2025
               New York, New York

                                            Ronnie Abrams
                                            United States District Judge